## Marylee DeFUSCO

v.

## LEVITON MFG. CO., INC.

No. 81–126–A.

Supreme Court of Rhode Island.

Sept. 17, 1981.

Anthony E. Grilli, Providence, for petitioner.

Chisholm & Feldman, Howard L. Feldman, Providence, for respondent.

### ORDER

The petitioner's motion to affirm the decree of the Appellate Commission pursuant to Rule 16(g) is granted.

## D. DIXON DONOVAN, INC.

v.

## Michael BOVE, Jr., et al.

No. 81–16–A.

Supreme Court of Rhode Island.

Sept. 17, 1981.

Donato Andre D'Andrea, Newport, for plaintiff.

Schechter Abrams & Verri, Robert P. Verri, Providence, for defendants.

### ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

## In re John DOE.

## In re Richard ROE.

## In re Joseph ROE.

## In re NANCY.

Nos. 79–92–A; 79–93–A; 79–94–A and 79–166–A.

Supreme Court of Rhode Island.

Sept. 17, 1981.

Paul J. Pisano, Providence, for petitioners.

Joseph T. Feeley, Providence, for respondent.

### ORDER

The respondents' motion to reargue, R.I., 432 A.2d 327, is granted.